UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:15CR72 -FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| | ) ORDER |
| v. | ) |
| DONSHAVIS ENCHANTACE JONE, | ) |
| Defendant | ) |

This **MATTER** is before the Court on its own Motion to administratively close the case as to **DONSHAVIS ENCHANTACE JONE**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: April 1, 2016

Frank D. Whitney
Chief United States District Judge